UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIMBERLY ROBERTS** | * | **CIVIL ACTION NO:** 16-1567 |
| **VERSUS** | * | **SECTION " "** |
| **AL JAZEERA AMERICA, LLC** | * | **JUDGE** |
| | * | **MAGISTRATE JUDGE** |

NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Al Jazeera America, LLC ("Al Jazeera America"), with full reservation of any and all defenses, exceptions, and objections that may exist in its favor, whether in state court or federal court, hereby removes to this Court the civil action now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, entitled *Kimberly Roberts v. Al Jazeera America, LLC,* No. 2016-01035, Division "L" (the "State Court Action"), upon showing that:

1. On January 29, 2016, Plaintiff, Kimberly Roberts, filed the State Court Action. A copy of the Petition is attached as **Exhibit A**, as required by 28 U.S.C. § 1446.

2. On February 11, 2016, Plaintiff served the Petition and citation on Al Jazeera America through its registered agent for service of process. This Notice of Removal is timely filed within thirty days from the date of service, as required by 28 U.S.C. § 1446(b).

3. This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) in that this is a civil action of which this Court has original jurisdiction. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because, as set forth below, there is complete diversity among all parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4403734

-2-

4. This controversy is wholly between citizens of different states. At the commencement of this action and since that time, Plaintiff has been a citizen and domiciliary of the State of Louisiana. *See* Petition, part of **Exhibit A**, at ¶ 3.

5. At the commencement of this action and since that time, Defendant, Al Jazeera America, LLC, was and is now a limited liability company organized under the laws of Delaware with its principal place of business in New York. The sole member of Al Jazeera America is Al Jazeera America Holdings II, LLC, a limited liability company organized under the laws of Delaware. The sole member of Al Jazeera America Holdings II, LLC is Al Jazeera America Holdings I, Inc., a Delaware corporation with its principal place of business in New York. Because Al Jazeera America Holdings I, Inc., is a citizen of the state of Delaware and New York, Al Jazeera America, LLC is also a citizen of the state of Delaware and New York. *See Harvey v. Grey Wolf Drilling Co*, 542 F.3d 1077, 1080 (5th Cir. 2008) ("the citizenship of an LLC is determined by the citizenship of all of its members."). Therefore, complete diversity exists between the Plaintiff and Defendant in this case.

6. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiff asserts in the Petition that Al Jazeera America's actions caused her to suffer damages exceeding $5 million. *See* Petition, part of **Exhibit A**, at ¶ 25. While Al Jazeera America denies liability and will show that Plaintiff's damages, if any, are far less than the amounts claimed, it is facially apparent that due to the nature and extent of injuries and damages claimed, the amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1446(c)(2) ("If removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy….").

7.     Pursuant to 28 U.S.C. § 1446(a) and Local Rule 3.2, a copy of all process, pleadings and orders served on Al Jazeera America in the State Court Action is attached to this Notice as **Exhibit A**.  No motions or other proceedings are pending in the State Court Action as of the time of this filing.

8.     Al Jazeera America will give written notice of the filing of this Notice of Removal to the Plaintiff as required by 28 U.S.C. § 1446(d).

9.     Al Jazeera America will file a copy of this Notice of Removal with the Clerk of the Civil District Court for the Parish of Orleans, State of Louisiana, as required by 28 U.S.C. § 1446(d).

10.    By virtue of this Notice of Removal, Defendant does not waive its right to assert any claims, defenses, or other motions permitted under the Federal Rules of Civil Procedure.

**WHEREFORE**, Al Jazeera America respectfully gives notice that the civil action pending against it in the Civil District Court for the Parish of Orleans, State of Louisiana, is hereby removed to this Court.

Respectfully submitted,

  /s/ James Brown
James A. Brown (Bar #14101)
Tyler D. Trew (Bar #34125)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Tel:  (504) 581-7979
Fax:  (504) 556-4108
E-mail:   JABrown@Liskow.com
          TTrew@Liskow.com

*Attorneys for Al Jazeera America, LLC*

-4-

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system and that a copy of the foregoing is being served upon the following counsel of record by email and/or by placing same in the United States mail, postage prepaid, this 24th day of February, 2016.

    Counsel for Plaintiffs:
    Galen M. Hair
    Lauren E. Checki
    **Varadi, Hair & Checki, LLC**
    650 Poydras Street, Suite 1550
    New Orleans, Louisiana 70130

                                    /s/ James Brown