

# Service of Process Transmittal

02/11/2016
CT Log Number 528630416

TO: Richard Parent
Al Jazeera America, LLC
435 Hudson Street, 4th Floor
New York, NY 10014

RE: **Process Served in Louisiana**

FOR: Al Jazeera America, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Kimberly Roberts, Pltf. vs. Al Jazeera America, LLC, Dfts. |
| DOCUMENT(S) SERVED: | Citation, Petition, Affidavit, Exhibit(s) |
| COURT/AGENCY: | Parish of Orleans - Civil District Court, LA<br>Case # 201601035 |
| NATURE OF ACTION: | This suit arises out of conduct and actions of the defendant with to breaches of contract, fraud, conversion and LA Unfair Trade Practices. |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 02/11/2016 at 09:15 |
| JURISDICTION SERVED: | Louisiana |
| APPEARANCE OR ANSWER DUE: | Within 15 days after service |
| ATTORNEY(S) / SENDER(S): | Galen M. Hair<br>Varadi, Hair & Checki, LLC<br>650 Poydras Street, Suite 1550<br>New Orleans, LA 70130<br>504-684-5200 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 782364875167<br>Image SOP |
| SIGNED: | C T Corporation System |
| ADDRESS: | 3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378 |
| TELEPHONE: | 612-333-4315 |



Page 1 of 1 / JB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

ATTORNEY'S NAME: Hair, Galen M 32865
AND ADDRESS: 650 Poydras Street Suite 1550, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2016-01035  DIVISION: L  SECTION: 06

**ROBERTS, KIMBERLY**

Versus

**AL JAZEERA AMERICA, LLC**

### CITATION

TO: AL JAZEERA AMERICA, LLC
THROUGH: ITS REGISTERED AGENT
CT CORPORATION SYSTEM, 3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES AND INJUNCTIVE RELIEF

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA January 30, 2016

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Pierce Moore, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within PETITION FOR DAMAGES AND INJUNCTIVE RELIEF ON AL JAZEERA AMERICA, LLC THROUGH: ITS REGISTERED AGENT Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER RETURN / / SERIAL NO. DEPUTY PARISH | On this ____ day of _____ served a copy of the within PETITION FOR DAMAGES AND INJUNCTIVE RELIEF ON AL JAZEERA AMERICA, LLC THROUGH: ITS REGISTERED AGENT by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said AL JAZEERA AMERICA, LLC being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 9302745   Page 1 of 1

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.

FILED

2016 JAN 29 P 3 27

CIVIL DISTRICT COURT

KIMBERLY ROBERTS

VERSUS

AL JAZEERA AMERICA, LLC

FILED:_____

_____
DEPUTY CLERK

## PETITION FOR DAMAGES AND INJUNCTIVE RELIEF

The Petition of KIMBERLY ROBERTS, a major and domiciliary of Orleans Parish, State of Louisiana, (hereinafter referred to as the "Plaintiff"), with respect represents that:

1.

The names and addresses of the Defendants are as follows:

a) Al Jazeera America, LLC (hereinafter "Al Jazeera"), a limited liability company domiciled in Delaware and authorized to do business in Louisiana. It has a registered agent for service of process in Louisiana: CT Corporation System; 3867 Plaza Tower Drive, Baton Rouge, LA 708616

### Nature of Action

2.

This suit arises out of conduct and actions of the defendant with respect to breaches of contract, fraud, conversion, and Louisiana Unfair Trade Practices. As will more fully appear from the facts hereinafter set forth, Plaintiffs' claims and causes of action arise from the conversion of valuable video footage shot in the wake of Hurricane Katrina. The footage is a national treasure and for Al Jazeera to convert it is absolutely unacceptable.

### The Parties And Their Relationship

3.

a) The Plaintiff:

a. Plaintiff KIMBERLY ROBERTS is a person of the age of majority, domiciled in the Parish of Orleans, State of Louisiana. Ms. Roberts is the star of the 2009 Oscar nominated documentary "Trouble the Water." Time magazine named Ms. Roberts the 4th best performance of 2008. She has been honored for her work as a rap-artist, humanitarian, and for her post-Katrina work.

1

b) The Defendants:

  a. Defendant AL JAZEERA AMERICA, LLC is the American branch of Al-Jazeera – the global media network. Upon information and belief, it is owned either directly or indirectly by Qatar.

### General Allegations

**4.**

Al Jazeera contacted Ms. Roberts about licensing 12-seconds of video.

**5.**

On November 15, 2013, a handwritten agreement was executed by Amina Waheed on behalf of Al-Jazeera. A true and correct copy of that Agreement is attached hereto as Exhibit A (hereinafter the "Return Agreement").

**6.**

The Return Agreement provides that Al Jazeera will return the master footage to Ms. Roberts when they are done using it for a license.

**7.**

The Return Agreement also mandates that the footage shall be returned in the condition it was received.

**8.**

Pursuant to that Agreement, Ms. Roberts provided her master footage to Al-Jazeera. Thus, she no longer had the master footage.

**9.**

Al Jazeera then agreed to license twelve seconds of that footage for use in its program entitled "America Tonight."

**10.**

A Clip License Agreement was drafted by Al-Jazeera. A true and correct copy of that Agreement (hereinafter referred to as the "Clip Agreement") is attached hereto as Exhibit B.

**11.**

Ultimately, over the course of the next year or so, Al Jazeera reviewed the footage and chose twelve seconds of footage to use under the Clip Agreement.

**12.**

Then, in summer of 2015, Ms. Roberts contacted Al Jazeera to find out if it was done with her master footage.

**13.**

In the summer of 2015, Al Jazeera represented that it would be returning her master footage shortly.

**14.**

As repeated requests for return of the footage were made through the fall of 2015, Ms. Roberts began to suspect that Al Jazeera had lost, converted, or destroyed the footage.

**15.**

Finally, in November of 2015, Al Jazeera provided what it claimed was the master footage (the "Replacement Footage").

**16.**

But, the Replacement Footage was in poor condition, was missing nearly two hours of footage, was compressed such that it is unusable, and was not in the same format originally provided.

**17.**

Amicable demand was made upon Al Jazeera on November 16, 2015 and again on November 20, 2015.

**18.**

.To date, Al Jazeera has not provided the original footage as provided for in the Return Agreement.

**19.**

Moreover, in conversations with Al Jazeera in October of 2015, Al Jazeera told Ms. Roberts that they did not have the DVD Ms. Roberts provided but rather they had the footage uploaded into their system.

20.

The Replacement Footage was very chopped up indicating that Al Jazeera violated the Clip Agreement by taking over twelve seconds of footage.

21.

As a result of this, Ms. Roberts no longer is able to meaningfully license out the footage that she took and has suffered extreme loss of income, emotional distress, and mental anguish.

## Count One – Breach of Return Agreement

22.

Paragraphs 1-21 are re-alleged as if fully restated herein.

23.

When Al Jazeera failed to return the original footage, it breached the Return Agreement.

24.

As a result, Ms. Roberts has suffered loss of income as she is unable to license out that footage.

25.

Loss of income alone is expected to be at or near $5 million over the course of Ms. Roberts' lifetime.

## Count Two – Breach of Clip Agreement

26.

Paragraphs 1-21 are re-alleged as if fully restated herein.

27.

Upon information and belief, Al Jazeera used two hours of footage more than it was entitled to under the Clip Agreement.

28.

The price per second was fifty dollars.

29.

Accordingly, Al Jazeera is liable for breach and all attendant damages including an additional $360,000.

### Count Three – Conversion

30.

Paragraphs 1-21 are re-alleged as if fully restated herein.

31.

Al Jazeera converted the original footage away from Ms. Roberts.

32.

The fair market value of the footage is a minimum of $750,000 but may be closer to $5 million.

33.

Accordingly, Al Jazeera is liable for the fair market value of the original footage.

### Count Four – Louisiana Unfair Trade Practices

34.

Paragraphs 1-21 are re-alleged as if fully restated herein.

35.

Al Jazeera engaged in unfair trade practices by withholding original footage from a filmmaker such as Ms. Roberts.

36.

Upon information and belief, this was done to gain an unfair advantage over its competitors.

37.

Accordingly, Al Jazeera is liable for actual damages, treble damages, and attorney fees incurred as a result of Al Jazeera's unlawful conduct.

### Count Five – Bad Faith Breach

38.

All prior paragraphs are re-alleged as if fully restated herein.

39.

Upon information and belief, Al Jazeera intentionally breached the Clip Agreement and the Return Agreement.

40.

Accordingly, Al Jazeera is liable for attorney fees.

### Count Six – Negligence

**41.**

All prior paragraphs are re-alleged as if fully restated herein.

**42.**

Al Jazeera owed a duty to Ms. Roberts to maintain her footage and then return it.

**43.**

Al Jazeera breached that duty.

**44.**

Ms. Robert has suffered foreseeable damages in terms of loss of income and emotional damages from losing this footage – footage that is a part of her very being.

**45.**

Accordingly, Al Jazeera is liable for damages, emotional distress, and mental anguish.

### Count Seven – Return of the Footage

**46.**

Ms. Roberts seeks return of the original footage in the alternative, without waiving any damages already suffered.

### Jury Demand

Ms. Roberts demands a trial by jury.

**WHEREFORE,** Plaintiff prays that:

A. Each of the Defendants be duly served with a copy of this Petition and cited to appear and answer the same according to law and that pursuant to the same after due proceedings a Judgment be issued in favor of the Plaintiffs;

   a. Against Defendant Al Jazeera America, LLC for:

      i. Conversion

      ii. Breach of Contract (Return Agreement)

      iii. Breach of Contract (Clip Agreement)

      iv. Negligence

      v. Bad Faith Breach

      vi. Louisiana Unfair Trade Practices

      vii. Return of the Original Footage

b. Ms. Roberts asks that Al Jazeera America, LLC be ordered to pay damages in the amounts of:

   i. Loss of income

   ii. Fair market value of the original footage

   iii. General damages

   iv. Special damages

   v. Punitive damages (where applicable)

   vi. Attorney fees

   vii. Any and all other relief this Court may deem just and equitable.

Petitioner **FURTHER PRAYS** that after due proceedings are had, that judgment be rendered in favor of Plaintiff and against Defendant for all the relief requested hereinabove and to which Plaintiff is entitled.

Respectfully Submitted:

By: _____
Galen M. Hair, La. Bar No. 32865
Lauren E. Checki, La Bar No.31659
**VARADI, HAIR & CHECKI, LLC**
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
(504) 684-5200

PLEASE SERVE:

**Al Jazeera America, LLC**
Through its registered agent:
C T Corporation System
3867 Plaza Tower Dr
Baton Rouge, LA 70816

7

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.

FILED
2016 JAN 29 P 3:27
CIVIL DIVISION
DISTRICT COURT

### KIMBERLY ROBERTS

### VERSUS

### AL JAZEERA AMERICA, LLC

FILED: _____

_____
DEPUTY CLERK

### AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public, personally came and appeared

### KIMBERLY ROBERTS

Who, after being duly sworn, did depose and state:

That she is the Petitioner, Kimberly Roberts, in the above Petition for Damages and Injunctive Relief and that all of the allegations of fact contained therein are true and correct to the best of her information, knowledge and belief.

_____
KIMBERLY ROBERTS

SWORN TO AND SUBSCRIBED
BEFORE ME this 29th day of
January, 2016.

_____
Galen M. Hair, La. Bar No. 32865
NOTARY PUBLIC

8

[handwritten, illegible address at top: "2540 [illegible] St / New Orleans, LA"]

FILED
2016 JAN 29 P 3:27
CIVIL DISTRICT COURT

And

AMINA WAHEED of ALJAZEERA AMERICA.
@ 555 Pennsylvania Ave. NW
WASHINGTON, DC — 20001.
amina.waheed@aljazeera.net.
(202) 997-8037.

- Agree to return footage after reviewal for potential license agreement. Footage is exclusive to Al-Jazeera America. With or without use, I will return it to Kimberly River Roberts in the condition in which it was recieved.

[signature]   11/15/13
Signature.   Date.

EXHIBIT
A

Dec 05 13 02:00p      Kimberly                                    504-948-0752      p.1

## AL JAZEERA AMERICA, LLC

## CLIP LICENSE AGREEMENT

AGREEMENT made as of this 17th day of November, 2013, by and between Kimberly Rivers Roberts, located at 509 26/6 11½ ("Owner") and Al Jazeera America, LLC, located at 118 King Street, San Francisco, CA 94107 ("Licensee");

1. **License.** During the Term hereof, Licensee will have the non-exclusive, irrevocable right, license and privilege ("License") throughout the Territory to:

    (a) Use and otherwise exploit up to twelve (12) second(s) of videotaped footage embodying motion picture images from Hurricane Katrina, including the music contained therein (used footage and music in their entirety shall be referred to herein as the "Clip"), in connection with the audiovisual programming currently entitled "America Tonight", including updates and/or related segments, produced, owned and controlled by Licensee (the "Program"). Licensee's exploitation hereunder of the Clip may be by way of all media now known or hereafter devised including, without limitation, cable television, satellite television, pay-per-view television, interactive and/or computer-assisted media including, without limitation, the internet; wireless transmission; and the purpose of advertising, marketing and promoting the Program (including, without limitation, at public events); and

    (b) Use and exploit the names, likenesses, biographies, logos and trademarks associated with the persons and entities who created the Clip for purposes of credit and identifying the associated talent.

2. **Term and Territory.** The term of the License shall commence upon the date set forth above and shall continue in perpetuity ("Term"). The territory of the License is worldwide ("Territory").

3. **Compensation.** In consideration of the License, Licensee shall pay Owner Fifty United States Dollars ($50) per second ("License Fee"). License Fee shall be paid as follows:

    (a) Fifty percent (50%) of the License Fee promptly following the complete execution of the License; and

    (b) Fifty percent (50%) of the License Fee promptly following Owner's delivery and Licensee's acceptance of the Clip.

    (c) The foregoing License Fee shall constitute complete compensation for the License concerned and Owner shall not be entitled to any additional compensation or participation in connection therewith.

4. **Facilitative Rights.** Without limiting the generality of Paragraphs 1 and/or 2 above, Licensee shall have the sole right to decide whether and in what manner Owner's

Clip License Agreement - Kimberly Rivers Roberts

EXHIBIT B

works will be advertised, publicized, distributed or otherwise exploited (if at all). In connection therewith, Owner irrevocably waives its so-called "moral rights."

5. **Owner's Representations, Warranties and Indemnity.** Owner hereby represents and warrants that:

   (a) The Clip is wholly original to Owner;

   (b) The Clip does not and will not infringe upon or violate the copyrights or any other rights whatsoever of any person or entity;

   (c) No adverse claim(s) exist(s) with respect to the Clip;

   (d) Owner owns and/or controls one hundred percent (100%) of the copyright in the Clip, and all rights therein and thereto throughout the world;

   (e) Licensee shall have no obligation to make any payment to any third party for Licensee's exploitation of the rights granted by Owner hereunder; and

   (f) Owner has the full and exclusive right and authority to enter into this Agreement and to make the grant and representations, warranties and agreements contained herein and that the consent of no third party is required for Licensee to fully exercise its rights hereunder. Owner agrees to hold Licensee, its parent, and their respective successors, assigns and licensees, harmless from and against any loss, damage or expense, including court costs and reasonable attorneys' fees, suffered or incurred as a result of or relating to any breach or alleged breach of this Agreement by Owner, including without limitation Owner's representations and warranties.

6. **Remedies.** Owner hereby irrevocably waives any and all rights to seek or obtain any injunctive or equitable relief against Licensee or its successors, assigns or licensees. Owner acknowledges and agrees that any breach or anticipatory breach by Owner of this Agreement will cause Licensee irreparable harm such that money damages alone will be inadequate, and therefore, that Licensee and its successors, assigns and licensees will be entitled to injunctive or equitable relief (without obligation of posting bond or surety or establishing harm) in addition to all other remedies available at law or in equity, in any court of competent jurisdiction.

7. **Miscellaneous.** This writing constitutes the entire understanding of the parties. No other agreement, written or oral, express or implied, exists between the parties with respect to the Clip. Any modification or waiver hereunder or termination of this Agreement must be in writing, signed by both parties. Licensee may not sublicense any or all of its rights or obligations under this Agreement. If any provision of this Agreement is found to be invalid, such provision will be severed to the minimum extent necessary for the remaining provisions to be enforceable. This Agreement will be governed by the laws of the State of California applicable to agreements executed and to be fully performed therein (without regard to the conflict of laws provisions thereof). This Agreement may be signed in counterparts and fax and photocopies may be used as an original.



2


**ACCEPTED AND AGREED TO:**

**OWNER**

By: _[signature]_

Its: Opr_

Date: _Decbr 1, 2013_

(504) 261-6774
black.koid.madina8@gmail.com

**AL JAZEERA AMERICA, LLC**

By: _[signature]_

Its: EVP Business & Legal Affairs / General Counsel

Date: 12/11/13

