## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIMBERLY ROBERTS** | * | **CIVIL ACTION NO: 2:16-cv-01567** |
| **VERSUS** | * | **SECTION "F"** |
| **AL JAZEERA AMERICA, LLC** | * | **JUDGE MARTIN L.C. FELDMAN** |
| | * | **MAGISTRATE JUDGE DANIEL E. KNOWLES, III** |

### AFFIRMATIVE DEFENSES AND ANSWER TO PETITION

NOW INTO COURT, through undersigned counsel, comes Defendant, Al Jazeera America, LLC ("Al Jazeera America"), to assert the following Affirmative Defenses and to Answer the Petition (the "Petition") filed by Plaintiff, Kimberly Roberts, as follows:

### FIRST AFFIRMATIVE DEFENSE

Al Jazeera America has returned Plaintiff's footage, including the original DVD, to her in the same condition as Al Jazeera America received it from Plaintiff.

### SECOND AFFIRMATIVE DEFENSE

Al Jazeera America has performed under all applicable agreements.  Plaintiff's claims are barred under the doctrines of performance, accord and satisfaction.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim, cause, or right of action against Al Jazeera America.

4410575

## FOURTH AFFIRMATIVE DEFENSE

Al Jazeera America expressly denies any and all allegations of breach of contract, conversion, Louisiana Unfair Trade Practices, negligence, or other basis of liability against Al Jazeera America.

## FIFTH AFFIRMATIVE DEFENSE

No act, omission, negligence, or fault of Al Jazeera America or any person for whom it is responsible was a cause-in-fact, proximate, contributing, or substantial cause of any damage alleged by the Plaintiff.

## SIXTH AFFIRMATIVE DEFENSE

Neither Al Jazeera America nor any person for whom it is responsible breached any duty owed to the Plaintiff.

## SEVENTH AFFIRMATIVE DEFENSE

Al Jazeera America acted at all times in accordance with all applicable state and federal laws, regulations, accepted industry standards, customs, and practices.

## EIGHTH AFFIRMATIVE DEFENSE

The Plaintiff's demands are barred or reduced by her failure to mitigate, minimize, or abate damages, if any.

4410575

## NINTH AFFIRMATIVE DEFENSE

In the event that Al Jazeera America is found in any way at fault, which it specifically denies, the Plaintiff's recovery must be reduced, in whole or in part, by the comparative fault, contributory negligence, assumption of risk, or other conduct of the Plaintiff or third parties.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to allege the elements of a claim for conversion.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to allege any ground for recovery of punitive damages.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff has failed to plead the elements of an unfair or deceptive trade practice as required by La. Rev. Stat. § 51:1402, *et seq.* Plaintiff has failed to sufficiently plead that Al Jazeera America engaged in fraud, misrepresentation, or other unethical conduct, as required under the Louisiana Unfair Trade Practices Act.

## THIRTEENTH AFFIRMATIVE DEFENSES

Al Jazeera America seeks recovery of reasonable attorney's fees and costs in connection with its defense of this action pursuant to La. Rev. Stat. § 51:1409(A) of the Louisiana Unfair Trade Practices Act.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are prescribed and barred by the applicable statutes of limitation.

4410575

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred under the terms of the Clip License Agreement entered between Plaintiff and Al Jazeera America.

## SIXTEENTH AFFIRMATIVE DEFENSE

Al Jazeera America pleads the terms of the applicable contracts or agreements between the parties as if copied herein *in extenso*, including any and all rights and/or defenses available to Al Jazeera America.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Pursuant to the Clip License Agreement this dispute is governed by the laws of the State of California.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrines of equitable estoppel, waiver, consent, acquiescence, unclean hands, laches, and ratification.

## NINETEENTH AFFIRMATIVE DEFENSE

Al Jazeera America hereby reserves it right to raise any and all other affirmative defenses that may be revealed through discovery.

## TWENTIETH AFFIRMATIVE DEFENSE

Under the Clip License Agreement, Plaintiff irrevocably waived all claims for injunctive or equitable relief, and thus any and all of such claims are barred.

**AND NOW**, for Answer to each Paragraph of the Petition, Defendant avers as follows:

4410575

## ANSWER

1.

Al Jazeera America admits the allegations of paragraph 1.

2.

Al Jazeera America denies the allegations of paragraph 2.

3a.

Al Jazeera America admits the allegations of first sentence of paragraph 3a and denies the remaining allegations of paragraph 3a for lack of knowledge or sufficient information to justify a belief therein.

3b.

Al Jazeera America denies the allegations of paragraph 3b.

4.

Al Jazeera America admits the allegations of paragraph 4.

5.

For response to paragraph 5, Al Jazeera America avers that the handwritten agreement is a written document which is the exclusive evidence of its terms, provisions, and limitations, all of which are adopted by reference and incorporated herein as if copied *in extenso*. To the extent any of the allegations of paragraph 5 are in conflict with any of the terms, provisions, and/or limitations of the handwritten agreement, they are denied.

4410575

6.

Al Jazeera America avers that the handwritten agreement is a written document which is the exclusive evidence of its terms, provisions, and limitations, all of which are adopted by reference and incorporated herein as if copied *in extenso*.  To the extent any of the allegations of paragraph 6 are in conflict with any of the terms, provisions, and/or limitations of the handwritten agreement, they are denied.

7.

Al Jazeera America avers that the handwritten agreement is a written document which is the exclusive evidence of its terms, provisions, and limitations, all of which are adopted by reference and incorporated herein as if copied *in extenso*.  To the extent any of the allegations of paragraph 7 are in conflict with any of the terms, provisions, and/or limitations of the handwritten agreement, they are denied.

8.

Al Jazeera America denies the allegations of paragraph 8 for lack of knowledge or sufficient information to justify a belief therein.

9.

Al Jazeera America avers that the Clip License Agreement is a written document which is the exclusive evidence of its terms, provisions, and limitations, all of which are adopted by reference and incorporated herein as if copied *in extenso*.  To the extent any of the allegations of paragraph 9 are in conflict with any of the terms, provisions, and/or limitations of the Clip License Agreement, they are denied.

4410575

10.

For response to paragraph 10, Al Jazeera America avers that the Clip License Agreement is a written document which is the exclusive evidence of its terms, provisions, and limitations, all of which are adopted by reference and incorporated herein as if copied *in extenso*.  To the extent any of the allegations of paragraph 10 are in conflict with any of the terms, provisions, and/or limitations of the Clip License Agreement, they are denied.

11.

Al Jazeera America denies the allegations of paragraph 11 except to admit that it chose up to twelve seconds of footage as permitted under the Clip License Agreement.

12.

Al Jazeera America denies the allegations of paragraph 12.

13.

Al Jazeera America denies the allegations of paragraph 13 except to admit that it has returned Plaintiff's master footage, including the original DVD, to her in its original condition.

14.

Al Jazeera America denies the allegations of paragraph 14 except to admit that it has returned Plaintiff's master footage, including the original DVD, to her in its original condition.

15.

Al Jazeera America denies the allegations of paragraph 15 except to admit that it has returned Plaintiff's master footage, including the original DVD, to her in its original condition.

4410575

16.

Al Jazeera America denies the allegations of paragraph 16.

17.

Al Jazeera America denies the allegations of paragraph 17 as written.  The referred to written documents are the exclusive evidence of their content.

18.

Al Jazeera America denies the allegations of paragraph 18.

19.

Al Jazeera America denies the allegations of paragraph 19.

20.

Al Jazeera America denies the allegations of paragraph 20.

21.

Al Jazeera America denies the allegations of paragraph 21.

22.

For its response to the allegations of paragraph 22, Al Jazeera America incorporates, reiterates, and reavers all defenses, denials and responses set forth in paragraphs 1-21.

23.

The allegations of paragraph 23 are conclusions of law that require no response.  To the extent a response is required, Al Jazeera America denies the allegations of paragraph 23.

24.

Al Jazeera America denies the allegations of paragraph 24.

25.

Al Jazeera America denies the allegations of paragraph 25.

26.

For its response to the allegations of paragraph 26, Al Jazeera America incorporates, reiterates, and reavers all defenses, denials and responses set forth in paragraphs 1-25.

27.

Al Jazeera America denies the allegations of paragraph 27.

28.

Al Jazeera America denies the allegations of paragraph 28 except to admit that the Clip License Agreement is a written document which is the exclusive evidence of its terms, provisions, and limitations, all of which are adopted by reference and incorporated herein as if copied *in extenso*.

29.

Al Jazeera America denies the allegations of paragraph 29.

30.

For its response to the allegations in paragraph 30, Al Jazeera America incorporates, reiterates, and reavers all defenses, denials and responses set forth in paragraphs 1-29.

4410575

31.

The allegations of paragraph 31 are conclusions of law that require no response.  To the extent a response is required, Al Jazeera America denies the allegations of paragraph 31.

32.

Al Jazeera America denies the allegations of paragraph 32.

33.

The allegations of paragraph 33 are conclusions of law that require no response.  To the extent a response is required, Al Jazeera America denies the allegations of paragraph 33.

34.

For its response to the allegations of paragraph 34, Al Jazeera America incorporates, reiterates, and reavers all defenses, denials and responses set forth in paragraphs 1-33.

35.

The allegations of paragraph 35 are conclusions of law that require no response.  To the extent a response is required, Al Jazeera America denies the allegations of paragraph 35.

36.

Al Jazeera America denies the allegations of paragraph 36.

37.

The allegations of paragraph 37 are conclusions of law that require no response.  To the extent a response is required, Al Jazeera America denies the allegations of paragraph 37.

4410575

38.

For its response to the allegations of paragraph 38, Al Jazeera America incorporates, reiterates, and reavers all defenses, denials and responses set forth in paragraphs 1-37.

39.

The allegations of paragraph 39 are conclusions of law that require no response.  To the extent a response is required, Al Jazeera America denies the allegations of paragraph 39.

40.

The allegations of paragraph 40 are conclusions of law that require no response.  To the extent a response is required, Al Jazeera America denies the allegations of paragraph 40.

41.

For its response to the allegations of paragraph 41, Al Jazeera America incorporates, reiterates, and reavers all defenses, denials and responses set forth in paragraphs 1-40.

42.

The allegations of paragraph 42 are conclusions of law that require no response.  To the extent a response is required, Al Jazeera America denies the allegations of paragraph 42.

43.

The allegations of paragraph 43 are conclusions of law that require no response.  To the extent a response is required, Al Jazeera America denies the allegations of paragraph 43.

44.

Al Jazeera America denies the allegations of paragraph 44.

4410575

45.

The allegations of paragraph 45 are conclusions of law that require no response.  To the extent a response is required, Al Jazeera America denies the allegations of paragraph 45.

46.

The allegations of paragraph 46 are conclusions of law that require no response.  To the extent a response is required, Al Jazeera America denies the allegations of paragraph 46.

47.

The unnumbered final paragraphs of the Petition on pages 6-7 constitute nothing more than a prayer for relief.  To the extent a response is required, all allegations are denied in their entirety.

**WHEREFORE**, Al Jazeera America, LLC prays that its Affirmative Defenses and Answer be deemed good and sufficient and after due proceedings, the Petition be dismissed, with prejudice, at Plaintiff's costs, and that Al Jazeera America, LLC be awarded its costs, expenses, attorney's fees, and all further legal, equitable and other relief to which it may be entitled.

4410575

Respectfully submitted,

    /s/ James Brown
James A. Brown (Bar #14101)
Tyler D. Trew (Bar #34125)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Tel:    (504) 581-7979
Fax:    (504) 556-4108
E-mail:JABrown@Liskow.com
           TTrew@Liskow.com

**Attorneys for Al Jazeera America, LLC**


## CERTIFICATE OF SERVICE


I HEREBY CERTIFY that on the 23rd day of March, 2016, I electronically filed the

forgoing document with the Clerk of Court by using the CM/ECF system, and a copy of the

foregoing pleading has been electronically mailed to all attorneys of record.


/s/ James Brown

4410575